**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re    Jason G. Pedro | Chapter: 7 |
| | Case No: 15–12663 |
| Debtor | Judge Frank J. Bailey |

## ORDER OF DISMISSAL

    Due to the failure of the Debtor to comply with the Court's Order of **JULY 7, 2015** , and the Debtor having failed to file timely the **Atty Disclosure Statement, Attorney/Debtor Signature Page 3, Schedules A–J, Statement of Financial Affairs, Summary of schedules, Statistical Summary of Certain Liabilities** , it is hereby ordered that the above−entitled case be and hereby is **DISMISSED**.

By the Court,

_/s/ Frank J. Bailey_
U.S. Bankruptcy Judge    08/18/2015